IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BEN LUNSFORD                                                                    PETITIONER

VS.                           CASE NO. 1:17CV00090 JM/PSH

DEPARTMENT OF COMMUNITY
CORRECTION, MRS. SISSON,
Parole Officer, et. al.                                                         RESPONDENTS

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Petitioner's motion for default judgment (docket # 9) is denied.

IT IS SO ORDERED this 15th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE