IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BEN LUNSFORD                                                                                    PETITIONER

V.                                    NO: 1:17CV00090 JM/PSH

ARKANSAS PAROLE BOARD,
ARKANSAS COMMUNITY CORRECTION,
DEANA SISSON,
Institutional Release Officer,
Arkansas Community Correction, and
WENDY KELLEY, Director,
Arkansas Department of Correction                                                    RESPONDENTS

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Lunsford's petition for writ of habeas corpus is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 5th day of April, 2018.

_____
James M. Moody Jr.
United States District Judge